UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert KIRSCH |
| v. | : | Crim. No. 23-CR-1053 |
| BARUCH DRILLMAN | : | |
| a/k/a BARRY DRILLMAN | : | **WAIVER OF INDICTMENT** |

     I, Baruch Drillman, the above-named defendant, who is charged with Conspiracy to Commit Wire Fraud Affecting a Financial Institution, in violation of 18 U.S.C. 371, being advised of the charge, the proposed Information, and my rights, hereby waive in open court on 12/13/23, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Baruch Drillman
Defendant

_____
Jeffrey Lichtman, Esq.
Counsel for Defendant

Before: _____
HONORABLE Robert Kirsch
United States District Judge