UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON   **DATE**: December 13, 2023

**JUDGE** ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**TITLE OF CASE:**   CIVIL NO. 23-CR-1053 (RK)

UNITED STATES OF AMERICA

v.

BORUCH DRILLMAN
  DEFENDANT PRESENT

**APPEARANCES:**
Babasijibomi Moore, AUSA for Government
Jeffrey Lichtman, Esq. and Jeffrey Einhorn, Esq., for Defendant
Todd Jones, Pretrial Services

**NATURE OF PROCEEDINGS**: INITIAL APPEARANCE AND PLEA HEARING
Ordered defendant sworn, defendant sworn.
Defendant advised of charges and penalties.
Brady Order to be filed.
INFORMATION filed.
Waiver of Indictment executed and filed.
PLEA: GUILTY TO COUNT 1 OF INFORMATION.
Terms of plea agreement read into the record.
Rule 11 and Plea Agreement filed.
Sentencing set for April 16, 2024 at 10:00 a.m.

**Time Commenced:** 1:10 p.m.
**Time Adjourned**: 1:55 p.m.
**Total Time**: 45 minutes

*Patricia Markey*
COURTROOM DEPUTY