UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

CRIMINAL NO. 23-CR-1053

v.

**APPEARANCE**

BORUCH DRILLMAN
a/k/a "BARRY DRILLMAN"

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for BARRY DRILLMAN.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

State of Connecticut (2006)
New York State (2007)
United States District Court for the Eastern District of New York (2007)
United States District Court for the Southern District of New York (2007)
United States District Court for the Western District of New York (2014)
United States District Court for the District of Connecticut (2016)
United States Court of Appeals for the Second Circuit (2016)
United States District Court for the Northern District of New York (2021)

Date:     December 14, 2023

_____
**JEFFREY EINHORN, ESQ.**
LAW OFFICES OF JEFFREY LICHTMAN
11 E. 44th STREET, STE. 501
NEW YORK, NEW YORK 10017
Ph:  (212) 581-1001
Fax: (212) 581-4999
einhorn@jeffreylichtman.com