UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  
**MAGISTRATE JUDGE: DAY**  
**ESR: Christopher R. Yoos**

**December 13, 2023**  
**DATE OF PROCEEDINGS**

**TITLE OF CASE**:                                                            CR-23-1053 (RK)

UNITED STATES OF AMERICA,
    V.
BORUCH DRILLMAN

**APPEARANCES:**

Martha Nye, AUSA for Government
Jeffrey Lichtman, Esq. for Defendant
Todd Jones, Pretrial Services

**NATURE OF PROCEEDING: Bail hearing**

Bail hearing held.
All parties consent to bail conditions and release on own recognizance.
Ordered defendant released.
Order Setting Conditions of Release to follow.

TIME COMMENCED:        2:25pm
TIME ADJOURNED:         2:35pm                      s/    Christopher Yoos
TOTAL TIME: 10 MINUTES                                  **DEPUTY CLERK**