LAW OFFICES OF
# JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

March 12, 2025

**BY ECF**
Hon. Robert Kirsch
United States District Judge
District of New Jersey
402 E. State Street
Trenton, New Jersey 08608

Re: **United States v. Boruch Drillman**, 23 CR 1053 (RK) (JBD)

Dear Judge Kirsch:

    I am writing on behalf of defendant Boruch Drillman to respectfully request a one-week extension of time, to March 21, 2025, in order to submit our objections to the lengthy Presentence Investigation Report in this case. The government, by AUSA Babasijibomi Moore, and the Department of Probation, by Sr. USPO Daniel Carney, have no objection to this request. Additionally, Sr. USPO Carney advises that we are presently ahead of schedule with regard to the Court's standing order on sentencing.

    Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: All counsel (by ECF)
    Probation (by email)

SO ORDERED:

_____
HON. ROBERT KIRSCH, U.S.D.J.