LAW OFFICES OF

## JEFFREY LICHTMAN

441 LEXINGTON AVENUE

SUITE 504

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN  
JEFFREY EINHORN  
MATTHEW COHAN

PH: (212) 581-1001  
FX: (212) 581-4999

March 12, 2025

**BYECF**

Hon. Robert Kirsch  
United States District Judge  
District of New Jersey  
402 E. State Street  
Trenton, New Jersey 08608

      Re: **United States v. Boruch Drillman, 23 CR 1053 (RK) (JBD)**

Dear Judge Kirsch:

      I am writing on behalf of defendant Boruch Drillman to respectfully request a one-week extension of time, to March 21, 2025, in order to submit our objections to the lengthy Presentence Investigation Report in this case. The government, by AUSA Babasijibomi Moore, and the Department of Probation, by Sr. USPO Daniel Carney, have no objection to this request. Additionally, Sr. USPO Carney advises that we are presently ahead of schedule with regard to the Court's standing order on sentencing.

      Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

/s/ Jeffrey Lichtman  
Jeffrey Lichtman

cc:    All counsel (by ECF)  
        Probation (by email)

So ordered this __14th__ day of __March__, 2025.

/s/ Robert Kirsch  
Robert Kirsch, U.S.D.J.