LAW OFFICES OF

# JEFFREY LICHTMAN

441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

March 26, 2025

**BY EMAIL: christopher_yoos@njd.uscourts.gov**
Hon. J. Brendan Day
United States Magistrate Judge
District of New Jersey
402 E. State Street
Trenton, New Jersey 08608

Re: <u>United States v. Boruch Drillman</u>, 23 CR 1053 (RK) (JBD)

Dear Judge Day:

    I am writing on behalf of defendant Boruch Drillman to respectfully request a modification of Mr. Drillman's conditions of release which would permit him to travel to Jerusalem, Israel from April 7 through April 24, 2025 for Passover. Pretrial Services, by USPO Todd Jones, has no objection to this request, and the government, by AUSA Babasijibomi Moore, takes no position. If approved, Mr. Drillman would provide a detailed itinerary of his trip to both the government and Pretrial Services. Additionally, USPO Jones has indicated that to facilitate this trip, Mr. Drillman should pick up his passport from Pretrial Services 24-48 hours prior thereto, and return it within the same time frame at its conclusion.

    By way of background, on December 13, 2023, Your Honor released Mr. Drillman on his own recognizance following his guilty plea earlier the same day in the above-referenced case, with conditions, *inter alia*, limiting his travel to the continental United States and requiring that he surrender his passport and all travel documentation, which was thereafter provided to Todd Jones of Pretrial Services in Trenton.

JEFFREY LICHTMAN

Hon. J. Brendan Day
United States Magistrate Judge
District of New Jersey
March 26, 2025
Page 2

      Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

                                              Respectfully submitted,

                                              Jeffrey Lichtman

cc:    All counsel (by email)
       Pretrial Services (by email)

SO ORDERED:

_____
HON. J. BRENDAN DAY, U.S.M.J.