DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BORUCH DRILLMAN<br><br>Defendant(s). | Criminal No. 23-CR-01053-RK-1<br><br>SENTENCING SUBMISSION NOTICE OF DEFENDANT |

Please be advised that, on this date, defendant BORUCH DRILLMAN submitted sentencing materials to the Court in this case.

Date:   May 23, 2025

By: _____
Jeffrey H. Lichtman, Esq. (Attorney)