**LAW OFFICES OF**
**JEFFREY LICHTMAN**
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

June 2, 2025

**BY ECF**
Hon. Robert Kirsch
United States District Judge
District of New Jersey
402 E. State Street
Trenton, New Jersey 08608

      Re: **United States v. Boruch Drillman**, 23 CR 1053 (RK) (JBD)

Dear Judge Kirsch:

      I am writing on behalf of defendant Boruch Drillman to respectfully provide the Court with additional information concerning the defendant prior to his June 16, 2025 sentencing. Specifically, further review of the Presentence Investigation Report ("PSR") has revealed that the Court may be left with the incorrect impression that Mr. Drillman has simply neglected to file his personal income tax returns for 2022 and 2023. See PSR at ¶ 158. While Mr. Drillman has yet to file those returns, the decision to delay was on the advice of his accountant, who advises in the attached letter that Schedule K-1 forms are still owed to the defendant which "materially alter the accuracy" of his returns. May 29, 2025 Letter of Philip M. Stern, CPA (attached). Upon receipt of the outstanding K-1s, Mr. Drillman will be filing personal income tax returns for 2022 and 2023 through his accountant.

      Thank you for the Court's consideration of this letter.

                                Respectfully submitted,

                                Jeffrey Lichtman

Enc.

cc:    Martha Nye, Esq.
       Babasijibomi Moore, Esq.
       Assistant United States Attorneys (by email)



**PHILLIP M. STERN & COMPANY**
CERTIFIED PUBLIC ACCOUNTANTS

2250 59TH STREET
2ND FL
BROOKLYN, NY 11204
TEL: 718.232.0770
INFO@PMSCO.CPA

May 29, 2025

Re:   Boruch Drillman

To whom this may concern,

Please be advised regarding the above-mentioned taxpayer residing at 1901 Dorchester RD PH Brooklyn, NY 11226.

We advised Mr. Drillman not to file his 2022 and 2023 tax returns because he did not receive most of the outstanding K1's, and this would materially alter the accuracy of the 2022 and 2023 tax returns.

Any courtesy extended to our client would be greatly appreciated.

Sincerely,

*[signature]* CPA

Phillip M. Stern   CPA