AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| USA | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 23 KCR 1053 (DNJ) (RK) (JBD) |
| Boruch Drillman | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Boruch Drillman, along with the Law Offices of Jeffrey Lichtman.

Date:   06/02/2025

Marc Fernich /s/
*Attorney's signature*

MF9819
*Printed name and bar number*

800 Third Ave
Fl 20
New York, NY 10022

*Address*

maf@fernichlaw.com
*E-mail address*

(212) 446-2346
*Telephone number*

(212) 459-2299
*FAX number*