UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS
(SEALED)

**OFFICE**: TRENTON

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**DATE**: JUNE 16, 2025

**TITLE OF CASE**:

UNITED STATES OF AMERICA

v.

BORUCH DRILLMAN

    DEFENDANT NOT PRESENT

**CRIMINAL NO. 23-CR-1053 (RK)**

**APPEARANCES**:

Martha Nye, AUSA and Babasijibomi Moore, AUSA for the Government

Lars Hansen, Special Agent with the Federal Housing Finance Agency Office of Inspector General

Jeffrey Lichtman, Esq., Jeffrey Einhorn, Esq. and Marc Fernich, Esq., counsel for the Defendant

Daniel Carney, U.S. Probation

**NATURE OF PROCEEDINGS**: SENTENCING ON COUNT 1 OF INFORMATION

Probation: 5 years with special conditions.

Fine: $250,000.00.

Special Assessment: $100.00.

Restitution Hearing to be scheduled

Defendant advised of right to appeal.

Ordered transcript sealed.

Defendant released.

**Time Commenced:**   1:32 p.m.
**Time Adjourned**:   3:38 p.m.
**Total Time**:   2 hours 6 minutes

s/ *Patricia Markey*
DEPUTY CLERK