LAW OFFICES OF
# JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

August 14, 2025

**BY ECF**
Hon. Robert Kirsch
United States District Judge
District of New Jersey
402 E. State Street
Trenton, New Jersey 08608

Re: <u>United States v. Boruch Drillman</u>, 23 CR 1053 (RK) (JBD)

Dear Judge Kirsch:

I am writing on behalf of defendant Boruch Drillman to respectfully request permission, as he must pursuant to the terms of his probation, to sell real estate underpinning a portfolio of 16 nursing homes in order to pay off the now-matured note securing the loan for their initial purchase. The government and Mr. Drillman's probation officer have been advised as to the terms of this transaction and do not have any objection to this application. Of note, Mr. Drillman has already paid the $250,000 fine imposed by the Court at his sentencing.

Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: All counsel (by ECF)
    USPO Sabrina Gargano (by email)

**SO ORDERED**

_____
**Robert Kirsch, U.S.D.J.**
**Date:** 8/14/25