PROB 12A
(10/24)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Boruch Drillman     Cr.: 23-01053-001
    PACTS #: 8773143

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT A. KIRSCH
                                                  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/16/2025

Original Offense:    Count One: Conspiracy To Commit Wire Fraud Affecting A Financial Institution, 18 U.S.C. § 371 [18 U.S.C. § 1343], a Class D felony

Original Sentence: 5 Years Probation

Special Conditions: Special Assessment - $100, Fine - $250,000, Alcohol/Drug Testing and Treatment, Financial Disclosure, Mental Health Treatment, New Debt Restrictions, No New Debt/Credit, Self-Employment/Business Disclosure, Life Skills/Education,

Type of Supervision: Probation                                 Date Supervision Commenced: 06/23/2025

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                  The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

                      On July 8, 2025, Mr. Drillman completed an intake assessment at Bridge Back to Life, a substance abuse and mental health treatment center located in Brooklyn, New York. During this intake assessment, Mr. Drillman submitted a urine analysis that tested positive for the presence of alcohol. When the undersigned officer contacted him and inquired about the positive urinalysis, Mr. Drillman denied drinking alcohol.

U.S. Probation Officer Action:
Mr. Drillman is currently being supervised in the Eastern District of New York.

Prob 12A – page 2
Boruch Drillman

For the present matter, Mr. Drillman has been verbally reprimanded and reminded of the importance of sobriety while under supervision. The supervising officer has also contacted Mr. Drillman's treatment provider to discuss increasing the collection of urine analyses. Mr. Drillman's treatment progress will be followed by his undersigned officer and adjusted as seen fit.

With respect to other areas of supervision, Mr. Drillman remains in compliance with all the conditions of supervision outlined within his judgment. This includes, satisfying his $100.00 special assessment fee and $250,000.00 fine, maintaining steady and gainful employment, and attending mental health and substance abuse treatment.

At this time, we respectfully request that no action be taken by the Court, as the undersigned officer would like to follow Mr. Drillman's participation in treatment and assess for increased interventions, if needed.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

*Matthew Weber* for

By:   ALYSSA A. WISTER
U.S. Probation Services Technician

/ aaw

APPROVED:

*Matthew Weber*   8/22/2025
MATTHEW J. WEBER        Date
Senior U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer
**Robert Kirsch, U.S.D.J.**

August 25, 2025
Date