| PROB 22 (Rev. 1/2023) | TRANSFER OF JURISDICTION | FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. * AUGUST 28, 2025 * BROOKLYN OFFICE | DOCKET NUMBER *(Tran. Court)* 23-01053-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 25-CR-270 Judge Nina R. Morrison |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Boruch Drillman | DISTRICT New Jersey | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Robert A. Kirsch | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 06/23/2025 — TO 06/22/2030 |

**OFFENSE**

Count One: Conspiracy To Commit Wire Fraud Affecting a Financial Institution, 18:371

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Drillman resides in Brooklyn, New York, and intends on residing there permanently throughout his term of probation.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 25, 2025
_Date_

_/s/ Robert Kirsch_
Robert Kirsch, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/11/2025
_Effective Date_

/s/ NRM
United States District Judge