LAW OFFICES OF
# JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

September 29, 2025

**BY ECF**
Hon. Robert Kirsch
United States District Judge
District of New Jersey
402 E. State Street
Trenton, New Jersey 08608

Re: <u>United States v. Boruch Drillman</u>, 23 CR 1053 (RK) (JBD)

Dear Judge Kirsch:

I am writing on behalf of defendant Boruch Drillman to respectfully request a modification of Mr. Drillman's terms of probation which would permit him to travel to Jerusalem, Israel from October 4 through October 20, 2025. Both the government, by AUSA Martha Nye, and Probation, by USPO Sabrina Gargano, have no objection to this application. If approved, Mr. Drillman would provide a detailed itinerary of his trip to Probation. Additionally, Mr. Drillman would need to retrieve his passport from Pretrial Services in New Jersey 24-48 hours prior thereto, and return it within the same time frame at the trip's conclusion.

Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:   All counsel (by ECF)
      USPO Sabrina Gargano (by email)

SO ORDERED:

_____
HON. ROBERT KIRSCH, U.S.D.J.