LAW OFFICES OF
## JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

November 28, 2025

**BY ECF**
Hon. Robert Kirsch
United States District Judge
District of New Jersey
402E State Street
Trenton, New Jersey 08608

  Re: **United States v. Boruch Drillman**, Crim. No. 23-1053 (RK)

Dear Judge Kirsch:

  This letter is submitted on behalf of defendant Boruch Drillman in response to the Court's order of November 7, 2025 regarding restitution.

  Regarding restitution purportedly owed in connection with the Williamsburg of Cincinnati transaction, defendant Drillman joins in the memorandum of law filed by co-conspirators Silber (Crim. No. 24-00446) and Schulman (Crim. No.24-00447) filed today inasmuch as it is applicable to him. In addition, the defendant asks that the restitution be ordered to be joint and several between his co-conspirators.

  Regarding restitution purportedly owed in connection with the Troy Park transaction, the defendant acknowledges the restitution amount of $20,315,457.39 ordered by the Court during the sentencings of co-conspirators Aron and Chaim Puretz (Crim. No. 24-00398, Crim. No. 24-00496). Mr. Drillman asks that this restitution be ordered to be joint and several between his co-conspirators.

            Respectfully submitted,

              /s/

            Jeffrey Lichtman

cc:  All counsel (by ECF)