# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BORUCH DRILLMAN | Crim. Action No. 23-1053 (RK)<br><br>**<u>ORDER</u>** |

**THIS MATTER** comes before the Court upon the parties' briefing as to the appropriate restitution owed for mortgage-fraud related losses caused by Defendants Boruch Drillman, Moshe Silber, and Fredrick Schulman (collectively, "Defendants"). For the reasons stated in the accompanying Opinion and for good cause shown,

**IT IS**, on this 23rd day of December, 2025,

**ORDERED** that Defendant Drillman shall pay restitution to Jones Lang LaSalle in the total amount of $21,733,158.50, as set forth in the accompanying Opinion, for which the responsibility to pay shall be shared jointly and severally amongst all Defendants; and it is further

**ORDERED** that Defendant Drillman shall pay restitution to JP Morgan and Chase in the total amount of $20,315,457.39, as set forth in the accompanying Opinion, for which the responsibility to pay shall be shared by Drillman and his two co-conspirators, Aron and Chaim "Eli" Puretz.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**