**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BORUCH DRILLMAN | Crim. Action No. 23-1053 (RK)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon review of its docket. The Court clarifies its December 23, 2025 Order as to the appropriate restitution owed for mortgage-fraud related losses caused by Defendants Boruch Drillman (Crim. Action No. 23-1053), Moshe Silber (Crim. Action No. 24-446), and Fredrick Schulman (Crim. Action No. 24-497) (collectively, "Defendants"). For the reasons stated in the Opinion dated December 23, 2025 and for good cause shown,

**IT IS**, on this 25th day of March, 2026,

**ORDERED** that Defendant Drillman shall pay restitution to Jones Lang LaSalle (200 E. Randolph St., Chicago, IL 60601) in the total amount of $21,733,158.50, as set forth in the Opinion dated December 23, 2025, for which the responsibility to pay shall be shared jointly and severally amongst all Defendants; and it is further

**ORDERED** that Defendant Drillman shall pay restitution to Chase (150 N. Riverside Plaza, Suite 2700, Chicago, IL 60606) in the total amount of $20,315,457.39, as set forth in the Opinion dated December 23, 2025, for which the responsibility to pay shall be shared jointly and severally by Drillman and his two co-conspirators, Aron Puretz (Crim. Action No. 24-398) and Chaim "Eli" Puretz (Crim. Action No. 24-496).

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**