ROBERT FRAZER
UNITED STATES ATTORNEY
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 700
NEWARK, NJ  07102
Tel. 973-645-2829
Fax. 973-645-3210
email: JORDAN.ANGER@usdoj.gov

May 8, 2026

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **Hon. Robert Kirsch** |
| *Plaintiff,* | **Criminal No. 23-1053** |
| v. | |
| | **SATISFACTION OF JUDGMENT** |
| **BORUCH DRILLMAN,** | |
| *Defendant,* | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record for any special assessment, fine and/or restitution only, as to defendant, Boruch Drillman. This satisfaction of judgment does not satisfy any forfeiture judgment imposed in this case.

ROBERT FRAZER
UNITED STATES ATTORNEY

s/JORDAN M. ANGER
By:    JORDAN M. ANGER
       ASSISTANT U.S. ATTORNEY