ROBERT FRAZER
UNITED STATES ATTORNEY
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 700
NEWARK, NJ  07102
Tel. 973-645-2829
Fax. 973-645-3210
email: JORDAN.ANGER@usdoj.gov

August 10, 2026

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **Hon. Robert Kirsch** |
| *Plaintiff,* | **Criminal No. 23-1053** |
| v. | |
| **BORUCH DRILLMAN,** | ***AMENDED* SATISFACTION OF JUDGMENT** |
| *Defendant,* | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record for any special assessment and fine **only**, as to defendant, Boruch Drillman. This satisfaction of judgment does not satisfy any restitution or forfeiture judgment imposed in this case.

ROBERT FRAZER
UNITED STATES ATTORNEY

s/JORDAN M. ANGER
By:   JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY